```
1  MARY ELIZABETH RINALDI (CA Bar #200459)
   Thorn Law Group, PLLC
2  888 16th Street NW
   Suite 800
3  Washington, DC 20006
4  202-270-7273 (v)
   202-743-7446 (f)
5  mer@thorntaxlaw.com

6  Attorney for Defendants
   ESTATE OF JOSEPH ARLEO, DECEASED
7  and
   ANTHONY PESOLA, ADMINISTRATOR OF
8  THE ESTATE OF JOSEPH ARLEO
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ESTATE OF JOSEPH ARLEO, DECEASED<br><br>and<br><br>ANTHONY PESOLA, ADMINISTRATOR OF THE ESTATE OF JOSEPH ARLEO,<br><br>　　　　Defendants. | No. 2:15-CV-01239-JAM-KJN<br><br>**STIPULATION AND ORDER THEREON TO AMEND SCHEDULING ORDER** |

　　Plaintiff UNITED STATES OF AMERICA ("United States") and Defendants ESTATE OF JOSEPH ARLEO, DECEASED (the "Estate") and ANTHONY PESOLA, ADMINISTRATOR OF THE ESTATE OF JOSEPH ARLEO (the "Administrator"), by and through their respective attorneys of record, and pursuant to USDC EDCA Local Rules 143 and 144 and FRCP 16(b), hereby stipulate and agree as follows:

    **WHEREAS**, on or about February 26, 2016, this Court, pursuant to Federal Rule of Civil Procedure ("FRCP") 16(b) and the FRCP 26(f) Case Management Report of the parties, issued a Scheduling Order setting the case for trial and establishing the initial trial date of April 17, 2017;

    **WHEREAS**, due to the length of time elapsed between the actions allegedly giving rise to the complaint and the filing of the complaint, documentation is difficult to obtain;

    **WHEREAS**, the person who allegedly committed the act named in the complaint is deceased, and evidence relating to his actions and state of mind will have to be gathered from third parties, likely requiring multiple depositions, including depositions of persons located outside of California and the United States;

    **WHEREAS**, the parties are optimistic that the extensive time and expense that would be incurred preparing for, traveling to, and taking and defending depositions could be avoided if the matter is resolved prior to trial;

    **WHEREAS**, the parties are actively in the process of discussing settlement outcomes without resorting to trial, but no resolution has yet been reached from their dialogue;

    **WHEREAS**, the parties stipulate and agree that they are unable to concurrently exhaust settlement discussions and pursue costly and time-consuming discovery and depositions;

    **WHEREAS**, the Scheduling Order includes a November 17, 2016 cutoff deadline for completion of fact discovery, a December 2, 2016 cutoff deadline for all discovery, and a December 7, 2016 cutoff deadline for expert depositions;

**WHEREAS**, the parties are loath to use further time and resources pursuing costly discovery and litigation while there is a very likely possibility of resolving the matter before trial;

**WHEREAS**, the parties have diligently attempted to adhere to the current pretrial deadlines, and are making this request to the Court for modification of the current Scheduling Order, because, without an extension, the parties will be forced to immediately commence depositions and expert report preparation;

**WHEREAS**, neither party will be prejudiced by a four month extension of the current trial date and related deadlines; and

**WHEREAS**, there have been no previous requests that the Court amend the Scheduling Order to extend any deadlines or to continue the trial date.

**NOW THEREFORE**, the parties, through their respective counsel, jointly propose and stipulate to the following:

The deadlines in the Scheduling Order previously set forth by the Court shall be revised as follows, or set on such other dates as the Court determines:

| Event | Current date | Proposed new date |
|---|---|---|
| Fact Discovery cut-off | Nov. 17, 2016 | Mar. 16, 2017 |
| Discovery cut-off | Dec. 2, 2016 | Mar. 31, 2017 |
| Dispositive Motions cut-off | Jan. 10, 2017 | May 2, 2017 |
| Dispositive Motion Hearing | Feb. 7, 2017 | June 6, 2017 |
| Final Pre-Trial Conference | Mar. 17, 2017 | July 14, 2017 |
| Trial | Apr. 17, 2017 | Aug. 14, 2017 |

It is further stipulated and agreed between the parties that

all other provisions of the Scheduling Order of February 26, 2016 shall remain in effect. This stipulation may be signed in counterparts and any facsimile or electronic signature shall be valid as an original signature.

    IT IS SO STIPULATED.

Dated:  October 21, 2016

By: _/s/ Mary Elizabeth Rinaldi__
MARY ELIZABETH RINALDI
Thorn Law Group, PLLC
888 16th Street NW
Suite 800
Washington, DC 20006
202-349-4033 (v)
202-743-7446 (f)
mer@thorntaxlaw.com

Attorney for Defendants
ESTATE OF JOSEPH ARLEO, DECEASED, and
ANTHONY PESOLA, ADMINISTRATOR OF THE ESTATE OF JOSEPH ARLEO

Dated October 21, 2016

By: _/s/ Paul Butler (as authorized on 10/21/2016)
PAUL BUTLER
US Department of Justice
PO Box 683
Washington, DC 20044
202-514-1170 (v)
202-307-0054 (f)
Paul.T.Butler@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

**ORDER (AS AMENDED BY THE COURT)**

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed new date |
|---|---|---|
| Fact Discovery cut-off | Nov. 17, 2016 | Mar. 16, 2017 |
| Discovery cut-off | Dec. 2, 2016 | Mar. 31, 2017 |
| Dispositive Motions cut-off | Jan. 10, 2017 | May 9, 2017 |
| Dispositive Motion Hearing | Feb. 7, 2017 | June 6, 2017 |
| Final Pre-Trial Conference | Mar. 17, 2017 | July 14, 2017 at 10:00 a.m. |
| Trial | Apr. 17, 2017 | Aug. 21, 2017 at 9:00 a.m. |

**IT IS SO ORDERED**

Dated: 10/24/2016           /s/ John A. Mendez_____
                            The Hon. John A. Mendez
                            *United States District Court Judge*
                            *Eastern District of California*