IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                      )
                                               )      Case No. 2:15-cv-1239-JAM-KJN
        Plaintiff,                             )
                                               )      **ORDER (<u>AS MODIFIED BY THE</u>**
        v.                                     )      **<u>COURT)</u>**
                                               )
ESTATE OF JOSEPH ARLEO, ET AL,                 )
                                               )
        Defendants.                            )
_____)


        **FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the

deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed new date |
|---|---|---|
| Fact Discovery cut-off | March 16, 2017 | April 28, 2017 |
| Discovery cut-off | March 31, 2017 | April 28, 2017 |
| Dispositive Motions cut-off | May 9, 2017 | June 6, 2017 |
| Dispositive Motion Hearing | June 6, 2017 | July 11, 2017 |
| Final Pre-Trial Conference | July 14, 2017 | Aug. 18, 2017 @ 11 a.m. |
| Trial | Aug. 21, 2017 | **Sept. 25, 2017 @ 9 a.m.** |

        **IT IS SO ORDERED.**

Dated: 3/10/2017                          /s/ John A. Mendez_____

                                          The Hon. John A. Mendez
                                          *United States District Court Judge*
                                          *Eastern District of California*

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)                    1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-1170