IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,)
    Plaintiff,)
    v.)
ESTATE OF JOSEPH ARLEO, ET AL,)
    Defendants.)

Case No. 2:15-cv-1239-JAM-KJN

**ORDER (AS MODIFIED BY THE COURT)**

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed new date |
|---|---|---|
| Fact Discovery cut-off | April 28, 2017 | May 19, 2017 |
| Discovery cut-off | April 28, 2017 | May 19, 2017 |
| Dispositive Motions cut-off | June 6, 2017 | **July 11, 2017** |
| Dispositive Motion Hearing | July 11, 2017 | **August 8, 2017 at 1:30 p.m.** |
| Final Pre-Trial Conference | Aug. 18, 2017 | September 8, 2017 at 10:00 a.m. |
| Trial | Sept. 25, 2017 | October 16, 2017 at 9:00 a.m. |

**IT IS SO ORDERED**

Dated: 4/17/2017    /s/ John A. Mendez_____
                             The Hon. John A. Mendez
                             *United States District Court Judge*
                             *Eastern District of California*