IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                 ) Case No. 2:15-cv-1239-JAM-KJN
    Plaintiff,           )
                                 )
    v.                           )          **ORDER**
                                 )
ESTATE OF JOSEPH ARLEO, ET AL, )
                                 )
    Defendants.         )
_____)

    **FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed new date |
|---|---|---|
| Fact Discovery cut-off | May 19, 2017 | July 14, 2017 |
| Discovery cut-off | May 19, 2017 | July 14, 2017 |
| Dispositive Motions cut-off | July 11, 2017 | Sept. 5, 2017 |
| Dispositive Motion Hearing | August 8, 2017 | Oct. 3, 2017 |
| Final Pre-Trial Conference | Sept 8, 2017 | Nov. 3, 2017 at 11:00 a.m. |
| Trial | Oct 16, 2017 | Dec. 11, 2017 at 9:00 a.m. |

    **IT IS SO ORDERED.**

Dated: 5/19/2017            /s/ John A. Mendez
                                  The Hon. John A. Mendez
                                  *United States District Court Judge*
                                  *Eastern District of California*