IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ESTATE OF JOSEPH ARLEO, ET AL,

    Defendants.

Case No. 2:15-cv-1239-JAM-KJN

**ORDER**

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Fact Discovery cut-off | July 14, 2017 | Sept. 15, 2017 |
| Discovery cut-off | July 14, 2017 | Sept. 15, 2017 |
| Dispositive Motions cut-off | Sept. 5, 2017 | Nov. 7, 2017 |
| Dispositive Motion Hearing | Oct. 3, 2017 | Dec. 5, 2017 at 1:30 p.m. |
| Final Pre-Trial Conference | Nov. 3, 2017 | 2/2/2018 at 10:00 a.m Joint pretrial statement to be filed on or before 1/26/2018. |
| Trial | Dec. 11, 2017 | 3/12/2018 at 9:00 a.m. |

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-1170

**IT IS SO ORDERED.**

Dated: 7/17/2017  /s/ John A. Mendez
　　　　　　　　　　　　　　　The Hon. John A. Mendez
　　　　　　　　　　　　　　　*United States District Court Judge*
　　　　　　　　　　　　　　　*Eastern District of California*

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-1170