IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                                               ) Case No. 2:15-cv-1239-JAM-KJN
    Plaintiff,             )
                                               )
      v.                         ) **ORDER**
                                               )
ESTATE OF JOSEPH ARLEO, ET AL, )
                                               )
    Defendants.            )
_____)

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| **Event** | **Current date** | **Proposed new date** |
|---|---|---|
| Fact Discovery cut-off | September 15, 2017 | October 20, 2017 |
| Discovery cut-off | September 15, 2017 | October 20, 2017 |
| Dispositive Motions cut-off | November 7, 2017 | December 19, 2017 |
| Dispositive Motion Hearing | December 5, 2017 | January 16, 2018 |
| Joint Pre-Trial Statement | January 26, 2018 | February 23, 2018 |
| Final Pre-Trial Conference | February 2, 2108 | March 2, 2018 @ 10 a.m. |

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)    1

| | | |
|---|---|---|
| Trial | March 12, 2018 | April 9, 2018 @ 9 a.m. |

**IT IS SO ORDERED.**

Dated: 9/7/2017                                /s/ John A. Mendez_____
                                               The Hon. John A. Mendez
                                               *United States District Court Judge*
                                               *Eastern District of California*