IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ESTATE OF JOSEPH ARLEO, ET AL,

    Defendants.

Case No. 2:15-cv-1239-JAM-KJN

**ORDER (AS MODIFIED BY THE COURT)**

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the deadlines in the Scheduling Order previously set forth by the Court are revised as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Fact Discovery cut-off | October 20, 2017 | January 12, 2018 |
| Discovery cut-off | October 20, 2017 | January 12, 2018 |
| Dispositive Motions cut-off | December 19, 2017 | March 12, 2018 |
| Dispositive Motion Hearing | January 16, 2018 | April 10, 2018 |
| Joint Pre-Trial Statement | February 23, 2018 | June 1, 2018 |
| Final Pre-Trial Conference | March 2, 2018 | June 8, 2018 at 10:00 a.m. |
| Trial | April 9, 2018 | July 16, 2018 at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: 10/19/2017

/s/ John A. Mendez
The Hon. John A. Mendez
*United States District Court Judge*
*Eastern District of California*

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)

1