1  RICHARD E. ZUCKERMAN
   Principal Deputy Assistant Attorney General
2

3  PAUL T. BUTLER
   AARON M. BAILEY
4  Trial Attorney, Tax Division
   U.S. Department of Justice
5  P.O. Box 683
   Washington, D.C. 20044
6  202-514-1170 (v)
   202-616-3164 (v)
7  202-307-0054 (f)
   Paul.T.Butler@usdoj.gov
8  Aaron.M.Bailey@usdoj.gov

9
   Of Counsel:
10 McGREGOR W. SCOTT
   United States Attorney
11

12             IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14 UNITED STATES OF AMERICA,          )   Case No. 2:15-cv-01239-JAM-KJN
                                      )
15         Plaintiff,                 )   **JOINT STIPULATION TO**
                                      )   **CONTINUE TRIAL**
16    v.                              )
                                      )   Date: July 18, 2018
17                                    )   Time: 9:00 AM
   ESTATE OF JOSEPH ARLEO, ET AL.,    )   Room: Courtroom 6, 14th Floor
18                                    )   Judge: Hon. John A. Mendez
           Defendants.                )
19 _____)

20

21    Plaintiff, the United States, and defendants, Estate of Joseph Arleo and Anthony Pesola,

22 Administrator (collectively "the Estate"), pursuant to Fed. R. Civ. P. 16(b)(4) and L.R. 143 and

23 144, hereby stipulate to and seeks consent from this Court to continue the trial date currently

24 scheduled to begin July 18, 2018. The attorneys for the parties have reached an agreement in

25 principle for a settlement of this matter.

                                              1

The Court notified the parties on July 13, 2018 that it would continue the start of trial from July 16 to July 18, 2018. The parties request additional time to fully effectuate their settlement and, in the unlikely event trial were necessary, to re-schedule the travel of both counsel and out of district witnesses.

It is government counsel's understanding that the terms discussed by the parties will be authorized by personnel with full settlement authority. The settlement does, however, involve not only matters within the authority of the Department of Justice (those at issue in this suit), but also matters the settlement of which are currently within the purview of the Internal Revenue Service. Thus, defendants are in the process of effecting settlement of the inter-connected non-suit liabilities directly with the IRS. Government counsel understands that the IRS is also in agreement as to the terms of the proposed settlement. In order to effectuate the settlement, the parties require additional time and request 30 days from entry of an order continuing the trial to file a notice of final settlement and any other attendant papers, including any stipulated judgment.

Dated: July 16, 2018

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: */s/ Paul T. Butler*
PAUL T. BUTLER
AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-514-1170 (v)
202-307-0054 (f)
Paul.T.Butler@usdoj.gov

Of Counsel:
McGREGOR W. SCOTT
United States Attorney

/s/ *Mary Elizabeth Rinaldi*
MARY ELIZABETH RINALDI
KEVIN E. THORN
Thorn Law Group, PLLC
1602 L St NW
Suite 401
Washington, DC 20036
202-270-7273 (v)
202-743-7446 (f)
mer@thorntaxlaw.com
ket@thorntaxlaw.com
Attorneys for Defendants
*Estate of Joseph Arleo, Deceased
And Anthony Pesola, Administrator of
the Estate of Joseph Arleo*

/
/
/
/
/
/
/
/
/
/
/
/
/

3

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I electronically transmitted the attached Joint Motion to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all the CM/ECF registrants of record in the case including Counsel for the Defendants.

*/s/ Paul T. Butler*
PAUL T. BUTLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:15-cv-1239-JAM-KJN |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| ESTATE OF JOSEPH ARLEO, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

**FOR GOOD CAUSE SHOWN**, and pursuant to the Stipulation of the parties, the trial date in this matter is continued until August 20, 2018 in anticipation that the parties will submit documents on or before that date that will effectuate the settlement in principle that they have reached and will fully resolve this case. *The July 18, 2018 trial date is Vacated. JAM*

**IT IS SO ORDERED.**

Dated: 7-17-2018

The Hon. John A. Mendez
United States District Court Judge
Eastern District of California

[Proposed] Order
(Case No. 2:15-cv-1239-JAM-KJN)

1