IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cv-01239-JAM-KJN |
| Plaintiff, | **ORDER OF JUDGMENT** |
| v. | |
| ESTATE OF JOSEPH ARLEO, ET AL., | |
| Defendants. | |

Pursuant to the Stipulation of the Plaintiff, the United States or America, and Defendants, Estate of Joseph Arleo and Anthony Pesola, as administrator of the Estate of Joseph Arleo, and for good cause having been shown, IT IS HEREBY ORDERED:

1. Defendants are liable to United States for unpaid civil penalty assessments due to the failure of Joseph Arleo to file a Form TD F90-22.1, "Report of Foreign Bank and Financial Accounts", commonly known as an "FBAR", for the year 2006;

2. That JUDGMENT is hereby entered AGAINST Defendants, the Estate of Jospeh Arleo and Anthony Pesola as the administrator of the Estate of Joseph Arleo, and IN FAVOR OF Plaintiff, the United States of America, in the amount of $1,200,000.00;

3. As between the parties to this stipulated judgment, each shall bear their own expenses and costs of this proceeding.

IT IS SO ORDERED

Dated: August __7__, 2018

JOHN A. MENDEZ
United States District Court Judge

1